**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **FIRST AMERICAN TITLE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 7:14-cv-00374** |
| | ) | |
| **v.** | ) | |
| | ) | **By:   Michael F. Urbanski** |
| **STAR CITY TITLE & SETTLEMENT** | ) | **United States District Judge** |
| **AGENCY, INC., <u>et al.</u>,** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

For the reasons set forth in the accompanying Memorandum Opinion entered this day, it is

hereby **ORDERED** that defendants' motions to dismiss (Dkt. # 7 & 14) are **GRANTED** and this

matter is **DISMISSED with prejudice** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

Entered:  May 5, 2015

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge